# Plaintiff's Response Exhibit 8

| | |
|---|---|
| **From:** | Suraci, Edward |
| **Sent:** | Monday, June 2, 2014 10:10 PM |
| **To:** | Salvador, Kathy |
| **Subject:** | Fwd: cutter production |
| **Attachments:** | Copy of Cutter Production (Monthly) FY15 May.xlsx; ATT00001.htm; Copy of Cutter Production (Monthly)FY14.xlsx; ATT00002.htm |

FYI

Sent from my iPad

Begin forwarded message:

> **From:** "Baker, Earl" <ebaker@smith-wesson.com>
> **Date:** June 2, 2014 at 7:19:35 PM EDT
> **To:** "Bruce, Anne" <abruce@smith-wesson.com>
> **Cc:** "Suraci, Edward" <esuraci@smith-wesson.com>
> **Subject: cutter production**
>
> I regard to the conversation we had today I acknowledge that quantifying the amount of improvement we have in the area of quality is being disputed. These are the numbers we talked about that are undisputed by anyone. I thought they may be of assistance in assessing my review of 2/4/14.
> Best regards,
> Earl

This message, including all attachments: (i) May contain technical data as defined in the International Traffic In Arms Regulations (ITAR) 22 CFR 120.10. Export of this material is restricted by the Arms Export Control Act (22 U.S.C. 2751 et seq.) and may not be exported or transferred to non-U.S. persons without prior written approval from the U.S. Department of State; and (ii) Is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

This message, including all attachments: (i) May contain technical data as defined in the International Traffic In Arms Regulations (ITAR) 22 CFR 120.10. Export of this material is restricted by the Arms Export Control Act (22 U.S.C. 2751 et seq.) and may not be exported or transferred to non-U.S. persons without prior written approval from the U.S. Department of State; and (ii) Is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

M01594

# Cutter Production (Monthly)

**Dept. Name:  Cutter Dept 403**

**Year:_____FY 2014_____**



| Month | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | JAN. | FEB. | MAR. | APR. |
|-------|-----|------|------|------|-------|------|------|------|------|------|------|------|
| New |  |  |  |  |  |  |  |  |  |  |  |  |
| Total | 6,254 | 5,564 | 6,632 | 970 | 5,994 | 8,763 | 8,600 | 7,030 | 8,098 | 11,424 | 9,491 | 10,569 |

M00830

# Cutter Production (Monthly)

Dept. Name: **Cutter Dept 403**

Year: **FY 2015**



| Month | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | JAN. | FEB. | MAR. | APR. |
|-------|-----|------|------|------|-------|------|------|------|------|------|------|------|
| New | 2,979 | | | | | | | | | | | |
| Total | 12,372 | | | | | | | | | | | |

**FY 2014 May through Oct. avg. production of 5,701 amonth     FY 2014 Nov. through April avg. production of 9,202 a month**

M00831